**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JOSEPH J. CECCARELLI, et al.,

                Plaintiffs,

-against-                            24 **CIVIL** 6863 (JPO)

                                                  **JUDGMENT**

MORGAN STANLEY PRIVATE BANK
NATIONAL ASSOCIATION, et al,

                Defendants.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 25, 2025, Defendants' motion to dismiss is GRANTED, and Plaintiffs' motion for preliminary injunction is DENIED; accordingly, the case is closed.

**Dated:** New York, New York

       January 24, 2025

                                                        **TAMMI M. HELLWIG**
                                                           **Clerk of Court**

                             **BY:**
                                                          **Deputy Clerk**