UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____x

JOSEPH J. CECCARELLI and SUSAN
L. CECCARELLI

       Plaintiffs,

   -v-

MORGAN STANLEY PRIVATE BANK
NA., et al.,

       Defendants.
_____x

Case No. 24-CV-6863 (JPO)

**NOTICE OF APPEAL**

  PLEASE TAKE NOTICE that Plaintiffs Homeowners hereby appeal to the United States Court of Appeals for the Second Circuit from the Opinion and Order of the Court (ECF no. 30) and accompanying Clerk's Judgment (ECF No. 31), each entered January 24, 2025, granting Defendant Bank's Motion to dismiss the Amended Complaint, and denying Plaintiffs' Motion for preliminary injunction, and from each part of the Order and Judgment.

DATED: New York, New York
     February 22, 2025

              Ceccarelli Law Firm PLLC
              By: s/Joseph J. Ceccarelli
              Joseph J. Ceccarelli
              Tower 49
              Suite Floor 11
              New York, New York 10017
              jceccarelli@ceccarellilaw.com
              M: 917-710-6231

              *Attorneys for*
              *Plaintiffs Homeowners*

To: Via ECF

  Stradley Ronon Stevens & Young LLP
  *Attorneys for Defendant Bank*